ROSOLINO MILITELLO, FORTUNATO MILITELLO and LENA ANTINELLI, Appellants, v. SAMUEL BARONE, STEPHEN IMMERSO, Defendants, and NATHANIEL ROVEN, and JOHN CIANO, Also Known as AGOSTINO CIANO, Respondents. (Appeal No. 1.) — Order denying plaintiffs' motion to vacate a judgment in favor of the defendants, which judgment dismissed the complaint and awarded costs to the defendants, affirmed, with ten dollars costs and disbursements to respondents jointly. No opinion. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.

ROSOLINO MILITELLO, FORTUNATO MILITELLO and LENA ANTINELLI, Appellants, v. SAMUEL BARONE, NATHANIEL ROVEN, STEPHEN IMMERSO, JOHN CIANO, Also Known as AGOSTINO CIANO, Respondents. (Appeal No. 2.) — Appeal by the plaintiffs from four orders entered on the separate motions of the defendants to dismiss the complaint for failure to state facts sufficient to constitute a cause of action. Orders affirmed, with ten dollars costs and disbursements to respondents jointly. No opinion. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.

NEPONSIT PROPERTY OWNERS' ASSOCIATION, INC., Respondent, v. THE EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant.— Action to enforce a lien based upon an annual charge for the care of the roads, parks, etc., as set forth in a deed to defendant's predecessors in title. Plaintiff, as assignee, has succeeded to the right to collect this charge and has assumed the duty of disbursing the money pursuant to the provisions of the covenant. Order denying judgment on the pleadings pursuant to rule 112 of the Rules of Civil Practice, and order striking out the defenses and counterclaim pursuant to rules 103 and 109, affirmed, with ten dollars costs and disbursements, with leave to defendant to serve an amended answer within ten days from the entry of the order hereon. No opinion. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.

ANGELA G. PALMERI and JOSEPH T. PALMERI, Appellants, v. SAMUEL ZARETSKI and Another, Defendants, and DAVID LANOFF, Respondent.— Action to recover damages for personal injuries suffered by the plaintiff-wife and for loss of services by the plaintiff-husband as a consequence of the wife's being struck by an automobile owned by defendant Lanoff. Judgment for defendant Lanoff unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Johnston, Adel and Taylor, JJ.